CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Darrin Jermaine Jackson**<br>DOB: 1983; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**22-02271MJ** |

Complaint for violations of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about November 10, 2022, in the District of Arizona, **Darrin Jermaine Jackson**, knowing and in reckless disregard of the fact that a certain illegal alien, Kelui Montero-Corona, had come to, entered, and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i)**.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On November 10, 2022, in the District of Arizona (Bisbee), at approximately 9:28 a.m., Border Patrol Agents (BPAs) received a citizen's report of two possible Undocumented Non-Citizens (UNCs) on Willson Road. At approximately 9:29 a.m., a Remote Video Surveillance System (RVSS) camera operator acquired visual of the two subjects and observed a black 2021 Ford Explorer pull off to the side of the road and the two UNCs enter the vehicle. The RVSS camera operator and a Customs and Border Protection helicopter kept visual of the vehicle as it approached BPAs who were staged on State Route (SR) 92. BPAs observed the vehicle as it passed their location and followed it eastbound on SR 92. The vehicle the turned south onto Naco Highway and immediately into the Burger King parking lot and BPAs followed. BPAs then approached the vehicle and observed a subject wearing camouflage clothing in the rear of the vehicle. The driver, later identified as **Darrin Jermaine JACKSON**, and the front seat passenger exited the vehicle and were stopped by BPAs who informed them an immigration inspection would be taking place. BPAs asked **JACKSON** who the person hiding in the back of the vehicle was to which **JACKSON** responded that they needed a ride. Two additional passengers were found in the vehicle, to include Kelui Montero-Corona. **JACKSON** and the front seat passenger were determined to be United States citizens. Montero-Corona and the second passenger were both determined to be citizens of Mexico, illegally present in the United States.

Records checks revealed that Kelui Montero-Corona does not possess the proper documentation to enter, pass through or remain in the United States legally. Montero-Corona stated she is a citizen of Mexico, and that her cousin made her smuggling arrangements for her so she was unsure of how much she would have to pay. She illegally crossed into the United States by walking through a flood gate in the International Boundary Fence where she met another UNC whom she followed and was also guided via cellphone. Montero stated she was instructed to walk towards the highway and wait there for a black SUV. When the black SUV arrived, she got in and laid down in the back seat to conceal herself, and the vehicle then stopped again and picked up a second subject. Montero was able to positively identify **JACKSON** from a photo lineup as the driver of the vehicle that picked her up.

Continued on next page.

MATERIAL WITNESS IN RELATION TO THE CHARGE: Kelui Montero-Corona

| Detention Requested<br>   Being duly sworn, I declare that the foregoing is<br>   true and correct to the best of my knowledge.<br>AUTHORIZED BY:   AUSA HNS/pl | SIGNATURE OF COMPLAINANT<br>*/signed/*<br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn by telephone  x  <br>SIGNATURE OF MAGISTRATE JUDGE[1]   */signed/* | DATE<br>November 14, 2022 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54

**Continued from front page.**

After waiving his *Miranda* rights, **JACKSON** stated he was only picking up hitchhikers and was taking them to the Burger King. **JACKSON** initially stated he did not know the people he picked up were UNCs and that he was only providing them with a ride. **JACKSON** then stated he was recruited by a family member and that he was supposed to drop the people off at a house but did not know the address. **JACKSON** stated he was given directions to where he was supposed to pick up the people and that he was going to be paid but did not know how much.