# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br>vs.<br><br>Darrin Jermaine Jackson,<br><br>  Defendant. | MJ 22-02271-TUC-BGM<br><br>ORDER |

Upon the Stipulation and Joint Motion for Release of Material Witness Without Taking Video Deposition, and for good cause shown;

**IT IS ORDERED** that the Motion [Doc. 13] is GRANTED and the United States Marshals Service is to release the material witness, Kelui Montero-Corona, to the Department of Homeland Security for return to her country of origin.

**IT IS FURTHER ORDERED** that the Status Conference set for December 1, 2022 at 3:00 p.m., before Magistrate Judge Bruce G. Macdonald is VACATED.

Dated this 28th day of November, 2022.

Honorable Bruce G. Macdonald
United States Magistrate Judge

cc: U.S. Marshals Service